**ELECTRONIC RECORD**

356-15
357-15

COA # 01-13-00775-CR          OFFENSE: 37.1(Tamp Gov't Records)

STYLE: Raleigh Jordan v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 209th District Court

DATE: 03/10/2015          Publish: NO  TC CASE #: 1329597

---

## IN THE COURT OF CRIMINAL APPEALS     356-15
357-15

STYLE: Raleigh Jordan v. The State of Texas          CCA #: 

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _06/24/15_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

----------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____